UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LUCAS INDUSTRIES LTD,

           Plaintiff,

vs.

NINGBO LUCAS MACHINERY CO., LTD, et al.,

           Defendants.

Case No. 2:07-cv-01443-PMP-PAL

**ORDER**

(Mtn to Compel - Dkt. #33)

        This matter is before the court on Plaintiff's Motion to Compel Attendance of Defendant's Representative at Rule 69 Deposition in Aid of Execution (Dkt. #33) filed October 26, 2010. A review of the docket reflects that default judgment was entered against Defendant Ningbo Lucas Machinery Co., Ltd. ("Ningbo"). Defendant Ningbo is a limited liability company established under the laws of the United Kingdom and has not satisfied the judgment entered against it. The district court issued an Order (Dkt. #22) adjudging Defendants in contempt and commanding that Defendant Dimin Hau ("Hau") be incarcerated until he purges himself of contempt. Plaintiff states that Defendants are attempting to avoid collection on the default judgment and have made no appearances in the United States since the judgment was rendered.

        The Motion represents that Defendant Ningbo has scheduled an appearance at the Automotive Aftermarket Products Expo at the Sands Expo Center in Las Vegas, Nevada, between November 2, 2010, through November 4, 2010. Plaintiff has obtained a writ of execution to execute on Defendant Ningbo's assets at the trade show and has made arrangements for it to be served by the United States Marshal's Service upon the representative of Defendant Ningbo who appears at the trade show. Plaintiff represents that Defendant Ningbo's assets at the trade show will be insufficient to satisfy the judgment. Plaintiff requests the court compel the representative Defendant Ningbo who appears at the

trade show to submit to a Rule 69 examination regarding the location of Defendant Ningbo's other assets against which Plaintiff may collect its judgment at the Sands Expo Center immediately after the writ of execution is enforced.

Accordingly,

**IT IS ORDERED** that:

1. Plaintiff's Motion to Compel Attendance of Defendant's Representative at Rule 69 Deposition in Aid of Execution (Dkt. #33) is GRANTED.

2, Defendant's representative shall appear at a Rule 69 post-judgment discovery deposition on November 2, 2010, at the Sands Expo Center in Las Vegas, Nevada, immediately after the writ of execution is enforced.

Dated this 1st day of November, 2010.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE