UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LUCAS INDUSTRIES, LTD,

    Plaintiff,

    v.

NINGBO LUCAS MACHINERY CO., LTD., *et al.*,

    Defendants.

Case No. 2:07-cv-01443-PMP-PAL

ORDER TO QUASH BENCH WARRANT AS TO DIMIN HUA

    The record in the above-entitled action reflects that on September 17, 2008, a bench warrant was issued for the arrest of Defendant DIMIN HUA for contempt of court and failure to appear for a hearing set before the Honorable Philip M. Pro, U.S. District Judge, (ECF No. 27).

    On August 14, 2018, the United States Marshal Service advised the Clerk's Office for the District of Nevada that they had not been able to locate and identify Defendant to effect an arrest.

    On August 21, 2018, this Court entered a Minute Order (ECF No. 38) directing Plaintiff to show cause no later than 4:00 p.m. on August 31, 2018, as to why the warrant should not be quashed. Plaintiff has not filed a response to the Order to Show Cause.

    Accordingly,

    **IT IS HEREBY ORDERED** that the Bench Warrant (ECF No. 28) for Defendant DIMIN HUA is **QUASHED**.

    Dated this __4__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court